IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OKSANA KOPCHUK,

        Plaintiff,                            No. CIV S-09-2681 FCD GGH PS

     vs.

COUNTRYWIDE FINANCIAL CORP., et al.,

        Defendants.               <u>ORDER</u>

_____/

        On December 11, 2009, plaintiff filed a notice of substitution of counsel. All parties now appearing by counsel, the referral to the magistrate judge is withdrawn. However, the magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

        Accordingly, IT IS ORDERED that:

        1. Hearing presently scheduled on December 17, 2009 is vacated. Defendants are directed to re-notice the hearing on the calendar of the District Judge.

        2. The Clerk of Court is directed to serve this order on proposed counsel for plaintiff at the address listed on docket # 8.

DATED: December 14, 2009

                                      /s/ Gregory G. Hollows

                                      _____
                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

ggh:076
Kopchuk2681.sub.wpd

1