UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

OKSANA KOPCHUK,

        Plaintiff,

    v.

COUNTRYWIDE FINANCIAL CORPORATION, et. al.,

        Defendants.

NO. CIV.S-09-2681 FCD GGH

ORDER TO SHOW CAUSE

----oo0oo----

1. Plaintiff's counsel is ordered to show cause why this case should not be dismissed for failing to file plaintiff's Second Amended Complaint in compliance with the court's order dated March 15, 2010 (Fed. R. Civ. P. 41).

2. Plaintiff's counsel shall file his response to the order to show cause on or before April 23, 2010.

3. A hearing on the order to show cause is set for May 7, 2010 at 10:00 a.m. in Courtroom #2.

IT IS SO ORDERED.

DATED: April 7, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE