UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

OKSANA KOPCHUK,

        Plaintiff,

    v.

YELENA TELEGA dba CALIFORNIA
ALTERNATIVE REAL ESTATE &
MORTGAGE COMPANY, et. al.,

        Defendants.

NO. CIV. S-09-2681 FCD GGH

ORDER FOR SANCTIONS AND
FURTHER ORDER TO SHOW CAUSE

----oo0oo----

On April 7, 2010, plaintiff's counsel was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to timely file plaintiff's Second Amended Complaint in compliance with the court's order dated March 15, 2010.  The court ordered counsel to file his response to the Order to Show Cause on or before April 23, 2010. As of today's date, a response has not been filed, and therefore, the court makes the following orders:

    1.   Plaintiff's counsel is ordered to pay sanctions in the amount of **$150.00** for his failure to file a response to the Order

1  to Show Cause filed on April 7, 2010.  Payment should be in the

2  form of a check made payable to the Clerk of the Court.  The sum

3  is to be paid personally by plaintiff's counsel **not later than**

4  **fourteen (14) days** from the filing of this Order for Sanctions.

5       2.   Plaintiff's counsel is further ordered to show cause

6  why he should not be sanctioned an additional **$300.00** for his

7  failure to respond to legal deadlines and the court's orders.

8  Counsel shall file his response to this Order to Show Cause on or

9  before May 7, 2010.

10      3.   The hearing currently set for May 7, 2010 is VACATED,

11 and a hearing on this further Order to Show Cause is set for May

12 21, 2010 at 10:00 a.m. in Courtroom #2.

13      IT IS SO ORDERED.

14 DATED: April 26, 2010

15

16                              FRANK C. DAMRELL, JR.

17                              UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28