UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

OKSANA KOPCHUK,

        Plaintiff,                   No. CIV. S-09-2681 FCD GGH

     v.                         **ORDER IMPOSING SANCTIONS**

COUNTRYWIDE FINANCIAL
CORPORATION, et. al.,

        Defendants.
_____/

      On April 26, 2010, plaintiff's counsel, Mr. Stevan J. Henrioulle, was ordered to show cause why he should not be sanctioned in the amount of $300.00 for his failure to respond to legal deadlines and the court's orders. Counsel's response to the Order to Show Cause was due on or before May 7, 2010. Mr. Henrioulle has failed to file any response.

      The court therefore makes the following orders:

1.     Mr. Henrioulle shall pay sanctions in the amount of **$300.00**. Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be paid personally by plaintiff's counsel **not later than fourteen (14) days** from the filing of this Order for Sanctions.

2.     This sanction is personal to the attorney, is to be borne by him personally, and is not to be transmitted to the client by way of a charge of attorney's fees and/or costs.

3. Counsel is further reminded that payment of **$150.00** is additionally due pursuant to the court's April 26, 2010 Order. Said payment is now overdue. If counsel does not pay said amount within **fourteen (14) days** of the date of this Order, the court may impose further monetary sanctions by separate order.

4. **Not later than twenty-one (21) days from the filing of this Order, plaintiff's counsel shall file a declaration attesting to his compliance with the terms of this Order.**

5. The hearing set for May 21, 2010 is VACATED.

IT IS SO ORDERED.

DATED: May 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE